JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VINCENTE RUBIO MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>FACILITY ADMINISTRATOR, DESERT VIEW ANNEX, ADELANTO, CALIFORNIA et al.,<br><br>Defendant. | Case No. 5:26-cv-03760-SB-BFM<br><br>FINAL JUDGMENT |

For the reasons stated in a separate order, the habeas petition is dismissed as moot.

This is a final judgment.

Date: July 29, 2026

Stanley Blumenfeld, Jr.
United States District Judge